NUMBER 13-04-338-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
THE STATE OF TEXAS,                                                     Appellant,

v.

SCOTT CHRISTOPHER TURNER,                                          Appellee.
____________________________________________________________________

On appeal from the 24th District Court
of Jackson County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, THE STATE OF TEXAS, attempted to perfect an appeal from a shock
probation order entered by the 24th District Court of Jackson County, Texas, in cause
no. 97-9-5950. The clerk’s record was received on August 12, 2004. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not an appealable order. Notice of this defect was given so that
steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of the
notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to file
a response as requested by this Court’s notice. 
         The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed this
the 30th day of December, 2004.